UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>D-2 BRIAN W. BENDEROFF,<br><br>Defendant. | Case No. 20-cr-20380 (NGE)(DRG)<br><br>Hon. Nancy G. Edmunds |

**Stipulation Regarding Time to File Government's Responses to Defendant Benderoff's Motion to Dismiss and Motion in Limine (ECF Nos. 35, 36)**

The parties stipulate and agree to a seven-day extension of time for the United States to file its response to Defendant Benderoff's motion in limine (ECF No. 36).

Accordingly, the parties agree that the government's responses to Defendant Benderoff's motion in limine and Defendant Benderoff's motion to dismiss the indictment (ECF No. 35) should be due on the same date: **April 30, 2021**.

IT IS SO STIPULATED.

For the United States:

SAIMA S. MOSHIN
Acting United States Attorney

*/s/ Mark Chasteen*
Mark Chasteen
Andrew Yahkind
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Tel: (313) 226-9555
E-mail: mark.chasteen@usdoj.gov

For Defendant Benderoff:

*/s/ Patrick J. Hurford (with permission)*
Patrick J. Hurford (P82903)
Patrick Hurford PLLC
400 Monroe St., Suite 620
Detroit, MI 48226
Tel: (313) 938-0693
E-mail:  patrick@hurford.law

Dated:  April 19, 2021

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>D-2 BRIAN W. BENDEROFF,<br><br>Defendant. | Case No. 20-cr-20380 (NGE)(DRG)<br><br>Hon. Nancy G. Edmunds |

## STIPULATED ORDER

The United States is granted a seven-day extension to file its response to Defendant Benderoff's pending motion in limine. The deadline for filing the government's responses to Defendant Benderoff's motion to dismiss the indictment and motion in limine (ECF Nos. 35, 36) is April 30, 2021.

IT IS SO ORDERED.

s/ Nancy G. Edmnds
Hon. Nancy G. Edmunds
United States District Judge

Dated: April 19, 2021