UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,   Criminal No. 20-cr-20380

    Plaintiff,   HON. Nancy G. Edmunds

v.

D-2 BRIAN W. BENDEROFF,

    Defendant.

_____/

# Exhibit index

A. Opening Report of Investigation

B. Johansen Declaration

C. Williams Declaration

D. June 23, 2016 Signed Statement of Rights

E. June 23, 2016 Signed Consent to Search

F. Report by Task Force Officer Adamisin

G. Sealed

H. Report of Myron Rubin Interview

I. Sealed

J. Report of Sheldon Gonte Interview

K. June 23, 2016 Second Signed Consent to Search

L. Sealed

M. Sealed

N. November 2, 2016 Signed Consent to Search

O. Sealed

P. Sealed

Q. Sealed

R. Sealed

S. Sealed

T. FBI Record re Termination of Benderoff as CW

U. Report: August 10, 2016 Benderoff Arrest

V. Sealed