# Exhibit T

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                          **Date:** 12/14/2005

**To:** Detroit                        **Attn:** CIMS Analyst

**From:**  Detroit
         Squad C-8
         **Contact:** SA ▮▮▮▮▮▮▮▮▮▮

**Approved By:** ▮▮▮▮▮▮▮▮▮▮

**Drafted By:** ▮▮▮▮▮▮▮▮▮▮

**Case ID #:** ▮▮▮▮▮▮▮▮▮▮     (Pending)

**Title:** ▮▮▮▮▮▮▮▮▮▮

**Synopsis:** This EC documents the closing of the captioned CW.

**Details:** Captioned individual is being closed for the following reason: (check one)

Confidentiality Revealed ___                Converted to CI/Asset ___
Cooperation Completed ___                   Criminal Activity/
Criminal Activity/Violent+ ___                Non-Violent+ ___
Denied by FBIHQ ___                         Died ___
Disbarred ___                               Entered WSP ___
Incarcerated ___                            Poor Health ___
Requested Termination ___                   Transfer of Agent ___
Relocated/Unavailable ___                   Unproductive ___
Unreliable _X_                              Violated Instructions ___



DEC 1 9 2005

a. Was the captioned individual's relationship with the FBI ever disclosed outside of the Department of Justice? _X_ No ___ Yes  If yes, is documentation in the CW's file indicating to whom disclosure was made and why? (indicate serial #)

b. Should captioned individual be considered for future use by the FBI?  ___ Should  _X_ Should Not  This decision is based on captioned individual's current gambling addiction making his/her behavior unpredictable.

c. Please state whether the CW has been notified that they have been deactivated and any authorization to participate in otherwise illegal activity has been revoked.

To: Detroit    From: Detroit
Re:      , ??

If authorized for otherwise illegal activity, written acknowledgment by the CW of deactivation or two witnesses to the fact that the CW orally acknowledged his/her deactivation. If the CI has not engaged in authorized illegal activity, please state that this question is not applicable) N/A   .