# Exhibit U

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE  **Date:** 08/11/2006

**To:** Newark  **Attn:** Squad 2/Atlantic City RA
SA Derek E. Altieri

**From:** Detroit
   OCRA
      **Contact:** SA Shannon R. Smith  (248) 879-6090

**Approved By:** Chrabot Toni Marie

**Drafted By:** Smith Shannon R:srs  (223srs01.ec)

**Case ID #:** 272B-NK-C113716-SLTA - 8

**Title:** CASINO FINANCIAL CRIMES TASK FORCE (CFCTF)

**Synopsis:** Lead covered to arrest Brian Willis Benderoff.

**Reference:** 272B-NK-C113716-SLTA Serial 2

**Enclosure(s):** Enclosed for Newark is an original and one copy of the arrest FD-302 and a supplemental FD-302. Also enclosed for Newark is a 1-A envelope containing two FD-597s.

**Details:** On 8/10/2006, pursuant to a state arrest warrant issued in the state of New Jersey, Brian Willis Benderoff, DOB 6/15/1966, was located and arrested at his residence, 26600 Berg Road, Apartment 1515, Southfield, MI. Benderoff resisted Southfield PD officers during the arrest, forcing officers to use a taser to subdue him. Benderoff was transported to Southfield PD and charged with Resisting and Obstruction (R&O). Benderoff invoked his right to an attorney and was therefore not interviewed.

   Benderoff will be arraigned on the R&O charge in Southfield and will then be transported to the Oakland County Jail in Pontiac, MI to be booked under the New Jersey charges. Further details are contained in the attached FD-302.

To:  Newark   From:  Detroit
Re:  272B-NK-C113716-SLTA, 08/11/2006

**LEAD(s):**

**Set Lead 1:  (Info)**

    <u>NEWARK</u>

        <u>AT ATLANTIC CITY, NJ</u>

        Read and clear.

♦♦