UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

D-2 BRIAN W. BENDEROFF,

    Defendant.
_____/

CASE NO. 20-cr-20380

HON. NANCY G. EDMUNDS

## Index of Exhibits

**Exhibit A**: Declaration of Jonathan Karmo

**Exhibit B**: Email from AUSA Mark Chasteen 4/19/22

**Exhibit C**: Report of Interview of Dr. Gerald Shiener 9/20/16

**Exhibit D**: Report of Interview of Robert Gross 7/6/2021

**Exhibit E**: Call Log

**Exhibit F**: Lori Selonke text messages to Brian Benderoff

**Exhibit G**: Amy Mosher text messages to Brian Benderoff

**Exhibit H**: Text message from Jack Wolfe to Brian Benderoff

**Exhibit I**: Report of Interview of Sheldon Gonte 6/23/16

**Exhibit J**: Redacted Photo of Agents Posing with Casino Money

**Exhibit K**: Email from Patrick Hurford to Andrew Yahkind

**Exhibit L**: Dr. Gerald Shiener Deposition 7/15/22

**Exhibit M**: Dr. William Gonte Declaration

**Exhibit N**: Photo of Prisoner Processing room with cells

**Exhibit O**: Photo of Prisoner Processing room with Interview Room B

1

**Exhibit P**: Photo of Prisoner Processing room showing hallway

**Exhibit Q**: Photo of Interview Room A window

**Exhibit R**: Photo of break room from hallway

**Exhibit S**: Photo outside rear door

**Exhibit T**: Photo monitor in the agent cubicle area