# EXHIBIT J



571306