# EXHIBIT M

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

CASE NO. 20-CR-20380

vs.

HON. NANCY G. EDMUNDS

**BRIAN BENDEROFF,**

Defendant.
_____/

### DECLARATION OF DR. WILLIAM GONTE

I, WILLIAM GONTE, hereby declare:

1. On June 23, 2016, at about 12:30 p.m., I arrived at Detroit Metropolitan airport on a return flight from Las Vegas, Nevada. I was traveling with Brian Benderoff ("Brian").

2. When we got off the plane and walked into the gate area, we were met by law enforcement officers, who motioned us to come to them. The officers then walked us to the baggage claim area.

1

3. It was my understanding that Brian and I were required to go with the officers who escorted us, as we were being detained for questioning.

4. At no time was I told that I did not have to go with the officers or that I did not have to follow their direction. I believed from the moment we were met at the gate that we were being detained by law enforcement.

5. At no time did I ever confer with Brian about whether we would agree to go with agents to their offsite facility for interrogation. I never had the opportunity to speak with Brian at the baggage claim area.

6. I went with the agents to the offsite facility because I did not believe I had a choice. I was driven to the offsite facility in a car separate from the vehicle that took Brian.

7. I was separated from Brian and did not have any opportunity to talk to him from the time we were met by the agents at the gate until we were finally released from the detention at about 11:30 p.m.

8. For much of the hours that I was held at the offsite building, I was placed in a locked cell with a toilet. I could tell that Brian was placed in a similar cell next to mine. At times, I could hear Brian screaming. I know Brian has severe anxiety

2

and claustrophobia, and he was reacting as I would expect him to react as far as I could tell, which is that he was extremely distraught, scared and nervous.

9. While I was held in the cell, I passed the time by doing exercises, including pushups.

10. The federal agents eventually allowed Brian and me to leave their custody at about 11:30 p.m. Brian and I were walked out of the detention facility by agents and taken to the awaiting car of Brian's wife, Amy Mosher.

11. Brian appeared to be an emotional wreck following the all-day detention by federal agents. Brian's distress about his detention continued for days and weeks afterwards.

12. There is no question in my mind that I was held by the federal agents that day without my consent and that I was only allowed to leave when they released Brian and me at about 11:30 p.m.

13. In my discussions with Brian after we were released, there is no question in my mind that Brian believed that he was also not free to leave that day.

I declare, under the penalty of perjury, that the foregoing is true and correct to the best of my memory.

_____    8/5/2022
WILLIAM GONTE                Date