# EXHIBIT T

08.03.2022 16:34